**FILED**
JUL 0 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA     '08 MJ 8593

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Angelica VOLQUARDSEN, ) | Importation of a Controlled Substance (Felony) |
| Defendant ) | |

The undersigned complainant being duly sworn states:

That on or about June 30, 2008 within the Southern District of California, defendant Angelica VOLQUARDSEN, did knowingly and intentionally import approximately 38.54 kilograms (84.78 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Enrique Torregrosa Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st DAY OF JULY 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
             v.
Angelica VOLQUARDSEN

STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Enrique Torregrosa.

On June 30, 2008, at approximately 1107 hours, Angelica VOLQUARDSEN entered the United States from the Republic of Mexico via the Calexico, California, West Port of Entry. VOLQUARDSEN was the driver and registered owner of a 2000 Ford F-150 truck, bearing California U. S. license plate 6E50583.

Customs and Border Protection Officer (CBPO) L. Garcia obtained a negative Customs declaration from VOLQUARDSEN and asked her about the vehicle she was driving. VOLQUARDSEN stated that it was her vehicle and handed the documents to CBPO Garcia. CBPO Garcia noticed that VOLQUARDSEN was nervous; her nervous demeanor included trembling of hands. CBPO Garcia referred VOLQUARDSEN and her truck to the vehicle secondary lot for further inspection.

Upon arrival to the vehicle secondary lot, CBPO F. Lopez obtained negative Customs declaration from VOLQUARDSEN and asked her where she was going and about the ownership of the truck. VOLQUARDSEN stated she was going to Calexico, California and she stated she owned the vehicle for about six months. CBPO Lopez also noticed that VOLQUARDSEN was nervous; her nervous demeanor included no eye contact and trembling of hands. CBP Canine Officer Randolph screened the truck utilizing his assigned Human/Narcotic Detector Dog (HNDD) and the HNDD alerted to the truck. CBPO Rivera escorted VOLQUARDSEN to the vehicle secondary office for a further

inspection.

A subsequent search of the truck by CBPO Lopez revealed several packages hidden within a specially built compartment located within the dash of the truck. CBPO removed sixteen (16) packages concealed within the dashboard and two (2) packages concealed behind the tool box. The approximate weight of the packages was 38.54 kilograms (84.78 pounds). CBPO Lopez probed one package, which produced a green leafy substance, which field-tested positive for marijuana.

Special Agent Torregrosa read the Miranda Rights to VOLQUARDSEN which she understood and waived agreeing to answer questions. VOLQUARDSEN stated that her husband "EDWARD CERDA" offered her $2,000.00 to smuggle marijuana into the United States.